UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-6363-VALLE

UNITED STATES OF AMERICA
        Plaintiff,

vs.

KEVIN BRYANT,
        Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**

Language: **English**

AUSA: Donald Chase

The above-named defendant having been arrested on 10/15/2014 and having appeared before the court for initial appearance on 10/16/2014 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____
appeared as permanent/temporary counsel of record.

2. FEDERAL PUBLIC DEFENDER (CJA)  _Christian Dunham, Esq._
appointed as counsel of record.

3. **The defendant shall attempt to retain counsel and shall appear before the court at** _____ **on** _____ **before Duty Magistrate Judge Ftl.**

4. **Arraignment/Preliminary/~~Removal/Identity~~** hearing is set for _10/30/14 @ 11:00am_ **before Duty Magistrate Judge Ftl.**

5. **A Detention/Bond Hearing,** pursuant to 18 U.S.C. Section 3142(f), is set for _10/23/14 @ 10:00am_ **before Duty Magistrate Judge Ftl.**

6. _____ No Bond Hearing Held. Both sides stipulate to a $250,000 CSB w/Nebbia; reserving the right to a PTD hearing at a later date
    _____ No Bond Hearing Held. Hearing deferred until arrival in other district.

7. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: _____

The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. _____ **Final Revocation Hearing** to be held before the assigned District Judge.

    **DONE AND ORDERED** at Fort Lauderdale, Florida this _16th_ day of _October_, 20_14_.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE