UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-6363-VALLE

UNITED STATES OF AMERICA

vs.

KEVIN BRYANT

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: 11/24/14

_____
Defendant

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within 14 days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the Pretrial Examination is rescheduled for DECEMBER 23RD, 2014 AT 11:00 AM before Duty Magistrate Judge (SELTZER) in Fort Lauderdale, Florida.

DATED: 11/24/14

_____
BARRY S. SELTZER
CHIEF U.S. MAGISTRATE JUDGE

CC: U. S. Attorney
   Pretrial Services
   Defense Counsel